DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ZACHARY EDMUND STACEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1344
_____

September 23, 2022

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Mark J. O'Brien, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.